AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Gamaine D. Williams | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-3639 |
| Charles J. Pearlman M.D., PLLC | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles J. Pearlman M.D., PLLC (Via Secretary of State and Place of Employment)
2470 East 16th Street, Brooklyn, New York 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex Umansky (AU7961)
Law Office of Yuriy Moshes, P.C.
322 West 48th Street, 6th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date:  6/21/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*